**COLIN M. RUBICH**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone:  (406) 657-6101**
**FAX:    (406) 657 6989**
**E-mail: Colin.Rubich@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**FILED**

6/11/2026

Clerk, U.S. District Court
District of Montana
Billings Division

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JORDAN ANDREW HENNESSY,**<br><br>**Defendant.** | **CR 26-64-BLG-SPW**<br><br>**INFORMATION**<br><br>**BANK FRAUD**<br>**Title 18 U.S.C. § 1344**<br>**(Penalty: 30 years of imprisonment,**<br>**$1,000,000 fine, and five years of**<br>**supervised release)** |

THE UNITED STATES ATTORNEY CHARGES:

THE FRAUDULENT SCHEME

In an around  2022 and 2023, it was part of the material scheme and artifice to defraud that the defendant, JORDAN ANDREW HENNESSY, who during this period was employed as a Commercial Relationship Manager with First Interstate Bank, procured loans from private individuals and financial institutions by making

multiple fraudulent representations as to the purpose of the loans and how the money would be used. These representations were material as the money would not have been provided to Hennessy if these fraudulent statements had not been made.

BANK FRAUD

On or about March 11, 2022, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, JORDAN ANDREW HENNESSY, knowingly executed a material scheme and artifice to defraud First Interstate Bank, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses and promises, that is the defendant, JORDAN ANDREW HENNESSY,

///

///

///

///

///

///

///

///

///

2

acting in his capacity as Commercial Relationship Manager, submitted a commercial loan application on behalf of Stillwater Group LLC, a business controlled by the defendant's father, and, in doing so, made false and fictitious representations about the purpose of the money and how it would be used, and in doing so obtained money owned by, and under the custody and control of said financial institution, all in violation of 18 U.S.C. § 1344.

COLIN M. RUBICH
Assistant United States Attorney

(For) MARK STEGER SMITH
Acting United States Attorney

for CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3